**DISMISS and Opinion Filed November 1, 2023**



**In The**
**Court of Appeals**
**Fifth District of Texas at Dallas**

**No. 05-23-00260-CV**

**JOHN W. PETROS, Appellant**
**V.**
**GENE MCCUTCHIN, Appellee**

**On Appeal from the 191st Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-22-02323**

## MEMORANDUM OPINION

Before Justices Partida-Kipness, Reichek, and Breedlove
Opinion by Justice Reichek

Appellant's brief in this case is overdue. On September 5, 2023, we informed appellant his brief was overdue and directed him to file his brief within ten days. We cautioned appellant that failure to do so would result in the dismissal of the appeal without further notice. *See* TEX. R. APP. P. 38.8(a)(1); 42.3(c). To date, appellant has not filed his brief, an extension motion, or otherwise corresponded with the Court regarding the status of this appeal.

Accordingly, we dismiss this appeal. *See id*. 38.8(a)(1); 42.3(c).

/Amanda L. Reichek/
AMANDA L. REICHEK
JUSTICE

230260F.P05



## Court of Appeals
## Fifth District of Texas at Dallas

## JUDGMENT

JOHN W. PETROS, Appellant

No. 05-23-00260-CV          V.

GENE MCCUTCHIN, Appellee

On Appeal from the 191st Judicial District Court, Dallas County, Texas Trial Court Cause No. DC-22-02323. Opinion delivered by Justice Reichek. Justices Partida-Kipness and Breedlove participating.

In accordance with this Court's opinion of this date, this appeal is **DISMISSED**.

Judgment entered November 1, 2023